FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY SHOOK,<br><br>　　　　Defendant. | Case No. CR 2:14-cr-GW-ODW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

　　On September 7, 2023, Defendant Terry Shook made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 19, 2023. DFPD Kate Morris was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Jeremy Beecher. Mr. Sarmiento submitted on the recommendation of detention in the report prepared by Pretrial Services.

　　Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following an arrest for alleged violation of the terms of supervised release, the defendant bears the burden of establishing, by clear and convincing evidence, that he would appear for further proceedings as required if released. 18 U.S.C. §

3142(b)-(c). The Court finds that Mr. Shook has not carried that burden. This finding is based on the violations alleged in the Petition, which include an allegation that Mr. Shook failed to report for STAR court sessions and thereafter absconded from supervision.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 7, 2023

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE