# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY LEE SHOOK,<br><br>Defendant. | Case No. 2:14-cr-00034-GW-ODW-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On February 12, 2026, Defendant Terry Lee Shook made his initial on a petition for revocation of supervised release. Reid Rowe of the Federal Public Defender's Office was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Barr Benyamin. A contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, including that Mr. Shook had more than one dirty test, in 2024, and since then has apparently not submitted to supervision. Mr. Shook submitted to detention on the basis of the information the Pretrial Services Report.

B.  ☐  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 12, 2026

/s/
_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2